An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEBORA JANE COTNER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62228



**FILED**

JUN 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of embezzlement. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellant Debora Cotner argues that the district court abused its discretion by sentencing her for crimes committed by others. We disagree. This court will not disturb a district court's sentencing determination absent an abuse of discretion. *Parrish v. State*, 116 Nev. 982, 989, 12 P.3d 953, 957 (2000). Cotner's prison term of 12-48 months falls within the parameters provided by the relevant statute, *see* NRS 205.222(3) (providing for 1-10 years imprisonment); NRS 205.300 (embezzlement punished as larceny), and her assertion that the district court's consideration of the deterrent effect of the sentence violates the constitutional requirement of individualized sentencing lacks merit. *See Naovarath v. State*, 105 Nev. 525, 530, 779 P.2d 944, 947 (1989) (noting that deterrence of prospective offenders is an acceptable goal of

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17478

imprisonment).   We conclude that the district court did not abuse its discretion at sentencing, and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:     Hon. Connie J. Steinheimer, District Judge
        Washoe County Public Defender
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk